# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JAMES McALPHIN
ADC #88328                                                    PLAINTIFF

v.                        No. 5:18-cv-213-DPM-JTK

HOLDER, Doctor, ADC, East Arkansas
Regional Unit, *et al.*                                       DEFENDANTS

## ORDER

Unopposed partial recommendation, № 8, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). McAlphin's claims against Christopher, Taylor, Carroll, Arkansas Department of Correction, Payne, Stevens, Shipman, and McHan are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 November 2018