# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JAMES McALPHIN
ADC #88328                                                      PLAINTIFF

v.                      No. 5:18-cv-213-DPM-JTK

HOLDER, Doctor, ADC, East Arkansas
Regional Unit; CORRECT CARE
SOLUTIONS LLC; and STUCKEY, Doctor          DEFENDANTS

## ORDER

On *de novo* review, the Court adopts the partial recommendation, № 56, and overrules McAlphin's objections, № 57. FED. R. CIV. P. 72(b)(3). McAlphin's request for preliminary injunctive relief extends beyond the claims remaining in this case; and he hasn't shown a threat of irreparable harm or likelihood of success on the merits. His motion, № 51, is therefore denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 July 2019