IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES McALPHIN
ADC #88328                                                    PLAINTIFF

v.                      No. 5:18-cv-213-DPM-JTK

KENNETH HOLDER,* Doctor, ADC,
East Arkansas Regional Unit; CORRECT
CARE SOLUTIONS LLC; and RONALD
STUKEY, Doctor                                                DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Kearney's partial recommendation, № 73, and overrules McAlphin's objections, № 74. FED. R. CIV. P. 72(b)(3). McAlphin believes that attempting to exhaust his remedies against CCS—or for a broader swath of time against Holder and Stukey—would have been futile. But that belief isn't enough to excuse the statutory exhaustion requirement. *Booth v. Churner*, 532 U.S. 731, 741 n.6 (2001); *Lyon v. Vande Krol*, 305 F.3d 806, 809 (8th Cir. 2002). The motion for partial summary judgment, № 59, is therefore granted. McAlphin's claims against CCS are dismissed without prejudice. His claims against Holder and Stukey are limited to

---

* The Court directs the Clerk to update Holder's and Stukey's names on the docket.

those exhausted in Grievances VSM 17-1242 and VSM 17-1718. *№ 61-1 at 92–95 & 99–101.*

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 September 2019