# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

JAMES McALPHIN
ADC #88328                                                                                    PLAINTIFF

v.                              No. 5:18-cv-213-DPM-JTK

KENNETH HOLDER, Doctor, ADC,
East Arkansas Regional Unit; and
RONALD STUKEY, Doctor                                                                  DEFENDANTS

## ORDER

Motion to withdraw, № 96, partly granted. The motion for preliminary injunctive relief, № 84, is withdrawn; and the related recommendation, № 94, is declined as moot. Magistrate Judge Kearney already granted McAlphin's extension motion, though. № 92 & № 93. That piece of the motion to withdraw is therefore denied as moot.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 December 2019