# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JAMES McALPHIN**
**ADC #88328**                                                      **PLAINTIFF**

v.                          No. 5:18-cv-213-DPM

**KENNETH HOLDER, Doctor, ADC,**
**East Arkansas Regional Unit;**
**and RONALD STUKEY, Doctor**                                       **DEFENDANTS**

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Kearney's recommendation,* № 104, and overrules McAlphin's sur-reply and objections, № 105 & № 106. FED. R. CIV. P. 72(b)(3). The motion for summary judgment, № 87, is granted. Those remaining claims against Holder and Stukey will be dismissed with prejudice.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 January 2020

---

* The Court makes one correction to the recommendation: There are stray references to "Hubbard" on page 8. Those should refer to Defendant Holder.