# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JAMES McALPHIN**
**ADC #88328**                                                    **PLAINTIFF**

v.                       No. 5:18-cv-213-DPM

**KENNETH HOLDER, Doctor, ADC,**
**East Arkansas Regional Unit,** *et al.*                         **DEFENDANTS**

## JUDGMENT

**1.** McAlphin's claims against Defendants Christopher, Taylor, Carroll, the Arkansas Department of Correction, Payne, Stevens, Shipman, McHan, Bland, Woods, Correct Care Solutions, and Mansfield are dismissed without prejudice.

**2.** The spine-related claims against Defendants Holder and Stukey exhausted in Grievances VSM 17-1242 and VSM 17-1718 are dismissed with prejudice. All other claims against Holder and Stukey are dismissed without prejudice.

*/s/ WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 January 2020